UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP KNIGHT | CIVIL ACTION |
| VERSUS | NO. 08-5103 |
| STATE OF LOUISIANA | SECTION "A" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Phillip Knight for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

**IT IS FURTHER ORDERED** that the petitioner's writ for relief regarding a transcript (Rec. Doc. 12) is **DENIED**. There is no basis in federal law for the petitioner's requested relief, and the transcript request issues stated by petitioner are governed by state law.

New Orleans, Louisiana, this 18th day of FEBRUARY, 2009.

_____
UNITED STATES DISTRICT JUDGE